IN THE UNITED STATES DISTRICT COURT

FOR THE MARYLAND DISTRICT COURT

BALTIMORE DIVISION

| | | |
|---|---|---|
| Lisa Reed | * | |
| Plaintiff | * | |
| V. | * Case No: | ELH11CV2968 |
| CitiFinancial, Inc | * | |
| | * | |
| Defendant | * | |

**COMPLAINT**

## JURISDICTION

1. Jurisdiction of the court arises under 28 U.S.C. 1331 on Plaintiff's federal Claims. This Court has Jurisdiction on Plaintiff's State law Claims pursuant to 28 U.S.C.1367 (a). This action arises under the (FCRA) 15U.S.C.1681.

## PARTIES

2. Plaintiff, Lisa Reed is a natural person residing in the State of Texas, County of Harris. Plaintiff's address is 2850 Wallingford Dr. Apt. 905 Houston, Texas.77042

3. Upon Information and belief, Defendant, CitiFinancial, *Inc.* Inc. does business in Texas and the Address is 300 St. Paul Place Baltimore, MD. 21202. The Registered Agent is The Corporation Trust incorporation 351 W. Camden St. Baltimore, MD. 21201.

## VENUE

4. Venue is proper Plaintiff lives and transact business here. The Defendants transact business here.

# Factual Summary

5. In December 2009, Plaintiff opened an account with CitiFinancial, Inc for personal purchases. Plaintiff made timely payments to the defendant for the balance on her account until illness prevented her from fulfilling her obligations.

6. In August 2011, Plaintiff obtained a copy of her credit report which showed a charge off item listed by the defendant. Plaintiff doubted the veracity of the report, File a dispute with the credit Bureaus and CitiFinancial, Inc.

7. Defendant verified the information as correct, left information unchanged and failed to show the information as disputed. (15 U.S.C 1681 s-2(b)).

8. The information failed to meet the FCRA Guidelines.

9. Plaintiff disputed the information directly with the Defendant and Defendant failed to show the information as disputed. In fact, Defendant would not update the information nor show it disputed.

10. The statute requires the Defendant to perform a reasonable investigation and report the results of the findings. Defendant verified the information and left it unchanged but failed to show the disputed nature.

## Causes of action under the FCRA

11. Plaintiff alleges and incorporates by reference each and every allegation contained in the preceding paragraphs, as though fully set forth herein.

12. Plaintiff disputed information with the Defendant concerning the credit files of the Plaintiff. The Defendant failed to update the credit files and failed to show the information as disputed. 15U.S.C 1681s-2(b).

13. The information failed the meet the FCRA Guidelines.

14. As a proximate consequence of the Defendant's negligence, Plaintiff has been caused to suffer emotional and mental distress, and Defendant is liable to Plaintiff for actual, compensatory and punitive damages, costs, and any other and further relief deemed appropriate by this court.

### PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully request that a judgment be entered against the Defendant for the following:

(a) Actual Damages
(b) Statutory Damages
(c) Compensatory Damages
(d) Punitive Damages
(e) Injustice Relief and Training where this will not happen again.

Lisa Reed

2850 Wallingford Dr. 905

Houston, TX. 77042

Lreed1722 @yahoo.com

713.261.7767

*[signature]*

Lisa Reed

## DEMAND FOR JURY TRIAL

Please take note that Plaintiff demands trial by Jury in this action.

Date: 10/v/11

Signature _/s/ Lisa Reed_

## VERIFICATION

I, Lisa Reed, do declare under penalty of perjury as delineated in 28 USC 1746 that the information contained herein is true and correct to the best of my knowledge. Executed this 14th day of October in the State of Texas, County of Harris, and City of Houston.

_/s/ Lisa Reed_

Lisa Reed