**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

LISA REED                                    *

Plaintiff                                    *

v                                            *          Civil Action No. ELH-11-2968

CITIFINANCIAL, INC.                          *

Defendant                                    *
                                            ***

**<u>ORDER</u>**

On October 24, 2011, this court issued an order requiring plaintiff to complete and return a United States Marshal form so the complaint could be served.  ECF No. 3.  Plaintiff was granted 21 days to complete and return the form.  *Id*.  Plaintiff has failed to comply with the order. Accordingly, it is this 29th day of November, 2011, by the United States District Court for the District of Maryland, hereby ORDERED that:

    1.      The complaint IS DISMISSED without prejudice;

    2.      The Clerk SHALL CLOSE this case; and

    3.      The Clerk SHALL PROVIDE a copy of this order to plaintiff.


/s/_____
Ellen L. Hollander
United States District Judge